1   David Martinez, Bar No. 193183
    DMartinez@RobinsKaplan.com
2   ROBINS KAPLAN LLP
    2049 Century Park East, Suite 3400
3   Los Angeles, CA  90067-3208
    Telephone: (310) 552-0130
4   Facsimile:  (310) 229-5800

5   Attorneys for Plaintiff
    EMJ Apparel Group, LLC
6

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11  EMJ Apparel Group, LLC,              Case No. 2:15-cv-09619

12            Plaintiff,                  **COMPLAINT FOR
                                          DECLARATORY JUDGMENT**
13  v.

14  Porter Teleo, LLC; and DOES 1-10,

15            Defendant.

16

17

18        Plaintiff, Apparel Group, LLC ("EMJ"), by and through its undersigned

19  attorneys, for its Complaint against Defendant, Porter Teleo, LLC ("Porter"),

20  alleges as follows:

21

22                    **NATURE OF ACTION**

23        1.    This is an action for declaratory judgment arising under the copyright

24  laws of the United States, 17 U.S.C. § 101, *et seq.*  By this action, EMJ seeks a

25  declaration that EMJ and its customers have not infringed upon Porter's claimed

26  copyright.

27

28

_Robins Kaplan LLP_
_ATTORNEYS AT LAW_
_LOS ANGELES_

61136737.1                                                        COMPLAINT

**JURISDICTION AND VENUE**

2.      This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) with respect to the claims arising under the Copyright Act, 17 U.S.C. § 101, *et seq.* and pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq.*

3.      Venue is proper in this District pursuant to 28 U.S.C. § 1391 because this is an action brought pursuant to the Copyright Act, Porter conducts business in this District, and a substantial part of the events giving rise to the claims occurred in this District.

**THE PARTIES**

4.      EMJ is a corporation organized under the laws of the State of California with its showroom and place of business located at 1526 S. Broadway, Los Angeles, CA 90015.  EMJ is in the wholesale apparel industry, selling, marketing and/or promoting clothing to retail establishments that sell to the public.

5.      Upon information and belief, Porter is a corporation organized and existing under the laws of the State of Missouri with a place of business at 1600 Genessee Street, Suite 828, Kansas City, MO  64111.

6.      Porter conducts business in the State of California and within this Judicial District, including in its showroom located in West Hollywood, California. *See* http://www.porterteleo.com/showrooms.html.  This Court has personal jurisdiction over Porter.

**FACTUAL BACKGROUND**

7.      On or about October 5, 2015, Porter, through its counsel, David Adler, of the law firm Adler Law, P.C., sent a letter to EMJ claiming that an apparel design sold by EMJ ("EMJ Design") infringes Porter's alleged copyright in a design allegedly created by Porter ("Porter Design"), as follows:

/ / /

/ / /

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

"It has come to our attention that EMJ APPAREL GROUP, LLC ("EMJ") has copied and is offering for sale certain garments under the brand name "Cloth & Stone" that are made from fabric comprised of Porter Teleo's copyrighted works without authorization and in violation of applicable law. Enclosed are images of the Porter Teleo's copyrighted designs and images of the garments being sold under the brand name "Cloth and Stone." It is clear that Porter Teleo's copyrighted designs are used in the "Cloth and Stone" garments. These garments are using Porter Teleo's copyrighted designs without authorization.

\* \* \*

Because of the flagrant and willful violation of Porter Teleo's rights and the time and expense incurred addressing this situation, in addition to all other rights and remedies that may be available at law or in equity, Porter Teleo hereby demands the sum of Fifty Thousand Dollars ($50,000.00) as liquidated damages. Please respond to this demand within thirty (30) days of the date of this letter.

Attached hereto as Exhibit A is a true and correct copy of Porter's letter of October 5, 2015.

8.     In its letter, Porter further demanded that EMJ "immediately" cease and desist from the alleged infringement through sales and/or promotion of fabric or garments bearing the EMJ Design. Porter did not attach a copyright registration for the Porter Design to its letter.

9.     The EMJ Design is EMJ's original and independent creation based, in part, on original artwork that EMJ purchased from a designer. Attached hereto as Exhibit B are true and correct copies of source and development artwork reflecting EMJ's development and original creation of the EMJ Design.

10.     By virtue of the foregoing, EMJ is compelled to seek a declaration from this Court that EMJ and its customers have not infringed Porter's alleged rights in the Porter Design.

/ / /

/ / /

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

# COUNT I

## DECLARATION OF

## NON- INFRINGEMENT UNDER THE COPYRIGHT ACT

11.    EMJ repeats and realleges each allegation contained in paragraphs 1 through 11 as if set forth in full herein.

12.    An actual controversy has arisen and now exists between EMJ and Porter concerning whether EMJ and/or its customer have infringed Porter's alleged rights in the Porter Design.

13.    Porter's actions have frustrated EMJ's sales and advertising of product bearing the EMJ Design and have interfered with EMJ's business reputation and relationships.

14.    As such, EMJ desires a judicial determination of the parties' rights and duties with respect to the copyright rights asserted by Porter.

15.    A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights as determined by the Court.

**WHEREFORE**, EMJ prays for a judgment against Porter as follows:

A.    For judgment declaring that EMJ and its customers have not infringed Porter's alleged rights in the Porter Design;

B.    Awarding EMJ's costs, expenses and reasonable attorneys' fees as permitted by law; and

C.    Awarding EMJ such other and further relief as the as the Court may deem just and proper.

## JURY DEMAND

EMJ demands a trial by jury.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1    DATED:  December 14, 2015       **ROBINS KAPLAN LLP**

2

3                                    By:___/s/ David Martinez_____
                                          David Martinez
4                                    Attorneys for Plaintiff EMJ Apparel Group, LLC

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**ADLER LAW GROUP**

*Safeguarding Ideas, Relationships & Talent®*

300 Saunders Road, Suite 100
Riverwoods, Illinois 60015
Toll Free (866) 734-2568
www.adler-law.com

October 5, 2015

**VIA Certified Mail**

YOUSEF EMRANI
EMJ APPAREL GROUP, LLC
1526 South Broadway
Los Angeles, CA 90015

Re:     COPYRIGHT INFRINGEMENT NOTICE

Dear Mr. Emrani:

I am writing you on behalf of my client, Porter Teleo, LLC ("Porter Teleo"). Porter Teleo owns copyrights in various textile designs. An image of one such textile is depicted in the enclosed pictures.

It has come to our attention that EMJ APPAREL GROUP, LLC ("EMJ") has copied and is offering for sale certain garments under the brand name "Cloth & Stone" that are made from fabric compromised of Porter Teleo's copyrighted works without authorization and in violation of applicable law. Enclosed are images of the Porter Teleo's copyrighted designs and images of the garments being sold under the brand name "Cloth & Stone." It is clear that Porter Teleo's copyrighted designs are used in the "Cloth & Stone" garments.

These garments are using Porter Teleo's copyrighted designs without authorization. While the full extent of the infringement is unknown, our investigation continues.

YOU ARE HEREBY GIVEN NOTICE that the garments depicted in the enclosed images have been manufactured, reproduced and distributed without the prior written consent of the author in violation of United States copyright laws and federal and state trade and unfair competition laws. You are not authorized to make any use of these works which have been either copied without authorization or otherwise misappropriated. You are receiving this notice based on the fact that the use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or the law.

Your conduct is violating Porter Teleo's copyright. Nevertheless, Porter Teleo would like to resolve this matter without the added time and expense of litigation. Toward that end, Porter Teleo demands that EMJ immediately: 1) remove all such garments or other products infringing Porter

**Exhibit A, Page 6**

demands that EMJ immediately: 1) remove all such garments or other products infringing Porter Teleo's copyrights from all stores, warehouses and distribution facilities, 2) notify each and every retail outlet offering apparel comprised of the infringing designs to cease selling, advertising or otherwise distributing the infringing garments, 3) deliver all apparel comprised of the infringing designs to Porter Teleo, 4) produce an accounting of the gross receipts received form sale of the infringing garments, and remove the content and any hypertext links to the content from your web site, your blog and any other form or format within which it appears.

Because of the flagrant and willful violation of Porter Teleo's rights and the time and expense incurred addressing this situation, in addition to all other rights and remedies that may be available at law or in equity, Porter Teleo hereby demands the sum of Fifty Thousand Dollars ($50,000.00) as liquidated damages. Please respond to this demand within thirty (30) days of the date of this letter.

This letter is not an exhaustive statement of Porter Teleo's legal position and is written without prejudice to any of the legal rights or remedies available, both legal and equitable, all of which are hereby specifically and expressly reserved. Please be advised if this matter cannot be resolved on an amicable basis, we shall have no alternative to taking all necessary and appropriate action to safeguard and enforce Porter Teleo's rights, including seeking the assistance of law enforcing to seize, impound and destroy all infringing articles. I look forward to your prompt and favorable response.

Very truly yours,

David M. Adler

DMA/ir

CC:   Porter Teleo
Encl. (2)







# EXHIBIT B

**T·O·M·CODY**
**D E S I G N**
260 WEST 39TH STREET 6TH FLOOR NEW YORK, NY 10018
TELEPHONE: (212) 695 - 9200   FAX: (212) 947 - 3338

| | | | |
|---|---|---|---|
| **DATE** | 3/9/2014 | | |
| **INVOICE NUMBER** | 134771 | **ACCOUNT NUMBER** | 7605 |

**SOLD TO**

BELLA DAHL
1526 SOUTH BROADWAY

LOS ANGELES, CA  90015

**CUSTOMER/ORDER NUMBER**   CHELSEA TITZER

**SALESPERSON**   JOHN WAHL

**TERMS**   NET 15 DAYS

| # OF UNITS | DESCRIPTION | UNIT COST | TOTAL |
|---|---|---|---|
| 1 | ORIGN PRINT 569-658 | $550.00 | $550.00 |
| 1 | ORIGN PRINT 562-1144 | $550.00 | $550.00 |
| 1 | ORIGN PRINT 682-877 | $550.00 | $550.00 |
| 1 | ORIGN PRINT 561-2170 | $550.00 | $550.00 |
| | | Sales Tax: | $198.00 |
| | | Subtotal: | $2,200.00 |



You acknowledge receipt of the artwork specified above.

Because the major portion of the above work represents labor, all invoices are payable 15 days net. The grant
of textile usage rights is conditioned on receipt of payment. 1 1/2% monthly service charge on unpaid balance after
expiration of period for payment.
Where service design work is performed, Tom Cody Design, Inc. is providing artwork services according to
specifications and is not responsible for copyright issues. Client assumes all responsibility.

**TOTAL**   $2,398.00

APR 2 9 2014
8553

Exhibit B, Page 10



ORIGINAL ARTWORK PURCHASED



purchase of this design includes

☐ layered digital file
☐ flat digital file
☐ no digital file

260 west 39th street new york ny 10018
tel 212 695 9200   fax 212 947 3338
sales@tomcody.design.com

5 durham yard teesdale street bethnal green london uk e2 6qf
tel 0207 033 3959   fax 0207 033 3939
italy@tomcody.design.com or london@tomcody.design.com

www.tomcody.design.com

561-2170

this is an original design concept protected by the copyright laws of the usa. it may not be used, provided to any third party gr reproduced in any form by any means, including photocopying without written permission from tom cody design, inc.

design id



purchase of this design includes

☐ layered digital file

☐ flat digital file

☐ no digital file

260 west 39th street new york ny 10018
tel 212 695 9200   fax 212 947 3338
sales@tomcodydesign.com

5 durham yard teesdale street bethnal green london uk e2 6qf
tel 0207 033 3969   fax 0207 033 3939
italy@tomcodydesign.com or london@tomcodydesign.com

www.tomcodydesign.com

this is an original design concept protected by the copyright laws of t
or reproduced in any form by any means, including photocopying wit





Exhibit B, Page 15





CREATED IN-HOUSE FROM ARTWORK#561-2170



**Exhibit B, Page 18**

